# UNITED STATES DISTRICT COURT

for the
Western District of Missouri

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>121 E. Hunt Avenue, Apartment #303, Warrensburg,<br>Missouri, more fully described in Attachment A | )<br>)<br>)<br>)<br>)<br>) | Case No.  19-SW-00143-JTM |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
121 E. Hunt Avenue, Apartment #303, Warrensburg, Missouri, more fully described in Attachment A

located in the _____ Western _____ District of _____ Missouri _____ , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B (Items to be seized), attached hereto and incorporated by reference, which is contraband, instrumentalities, and evidence concerning Conspiracy to Wire Fraud, Wire Fraud, and Aggravated Identity Theft, in violation of 18 U.S.C. §§ 1343, 1349, and 1028A(a)(1).

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

❑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1343 | Wire Fraud |
| 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud |
| 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft |

The application is based on these facts:
See attched Affidavit in Support of Search Warrant and Attachment A (Place to be Searched) and Attachment B (Items to be Seized).

☑ Continued on the attached sheet.

❑ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Brent Yoshikawa, Special Agent (HSI)
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 05/03/2019 _____

_____
*Judge's signature*

City and state:  Kansas City, MO          Hon. John T. Maughmer U.S. Magistrate Judge
*Printed name and title*