# ATTACHMENT A

## (19-SW-00143-JTM)

*Property to be searched*

1. The property to be searched is **121 E. Hunt Avenue, Apartment 303, Warrensburg, Missouri**, further described as a three story brick building located west of Missouri Street and north of E Hunt Avenue in Warrensburg, Missouri. The south side of the building bears a sign stating "Candlelight Apartments" in script. The lobby of 121 E Hunt Avenue can be entered through a glass door on the south side of the building. Above the glass door is a sign printed with "121 EAST HUNT". A stairwell in the lobby leads to the third floor. The door to apartment 303 is on the third floor and is the second door from the south side of the building on the west side of the hallway. The door is brown in color on which is mounted a sign with "303" printed in white.

