# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>121 E. Hunt Avenue, Apartment #303, Warrensburg,<br>Missouri, more fully described in Attachment A | )<br>)<br>) Case No. 19-SW-00143-JTM<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Western____ District of ____Missouri____
*(identify the person or describe the property to be searched and give its location)*:
121 E. Hunt Avenue, Apartment #303, Warrensburg, Missouri, more fully described in Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B (Items to be seized), attached hereto and incorporated by reference, which is contraband, instrumentalities, and evidence concerning Conspiracy to Wire Fraud, Wire Fraud, and Aggravated Identity Theft, in violation of 18 U.S.C. §§ 1343, 1349, and 1028A(a)(1).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ____May 15, 2019____
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.  ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
____Hon. John T. Maughmer____ .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __05/03/2019 10:00 am__

*Judge's signature*

City and state: __Kansas City, Missouri__          Hon. John T. Maughmer, U.S. Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 19-SW-00143-JTM | Date and time warrant executed: 5/9/2019 06:05 AM | Copy of warrant and inventory left with: GARRETT ENDICOTT |
| Inventory made in the presence of: HSI SA JASON PONIATOUSKI | | |

**Inventory of the property taken and name of any person(s) seized:**

See attached inventory sheet

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/30/2019

*Executing officer's signature*

BRENT YOSHIKAWA, SPECIAL AGENT
*Printed name and title*



# DEPARTMENT OF HOMELAND SECURITY
## U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

### INVENTORY LOG

Date: 5/7/19  Location: 121 E. Hunt Ave. Apt 303, Warrensburg, MO  Page 1 of 1

| Item # | Item Description | Location Discovered | Time | Discovering Agent |
|---|---|---|---|---|
| 1 | Blue composition notebook | Room C | 7:00 | Merisa Schwartz |
| 2 | I-Phone black case | Room C | 7:20 | Pettibean |
| 3 | Dell laptop | Room C | 7:20 | Pettibean |
| 4 | XBox 360 + 4 controllers | Room C | 7:20 | Pettibean |
| 5 | Sagemcon router | Room C | 7:20 | Pettibean |
| 6 | Arris modem | Room C | 7:20 | Pettibean |
| 7 | WD Element | Room C | 7:20 | Pettibean |
| 8 | Xbox one + 2 controllers | Room C | 7:20 | Pettibean |
| 9 | Dell laptop | Room A | 7:30 | S. Lindsey |
| 10 | Sandisk 32Gb thumb drive | Room A | 7:30 | B. Yoshikawa |
| 11 | Misc. document | Room A | 7:30 | B. Yoshikawa |
| 12 | Ledger nano S | Room A | 7:35 | B. Yoshikawa |
| 13 | Sandisk 32Gb thumb drive | Room A | 7:35 | B. Yoshikawa |
| 14 | Trezor | Room A | 7:35 | B. Yoshikawa |
| 15 | Trezor | Room A | 7:35 | B. Yoshikawa |
| 16 | US currency | Room A | 7:40 | B. Yoshikawa |
| 17 | Dell Laptop G515 | Room A | 7:40 | B. Yoshikawa |
| 18 | Samsung Galaxy S6 phone | Room A | 7:40 | B. Yoshikawa |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | Nothing Further | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | |
| 29 | | | | |

Warrant Number: 19-SW-00143-JTM   Completed By: Jason Poniatowski

Assistant Special Agent in Charge, 4100 N. Mulberry, Suite 225, Kansas City, MO 64116